NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARISSA B. POLMOUNTER,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7039

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-3262, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

The court construes Marissa B. Polmounter's recent filing as a motion for an extension of time to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Polmounter is given a 30 day extension of time from the date of this order to file her brief.

MARISSA POLMOUNTER v. SHINSEKI                                    2

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s26